UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JAMES CONSORT AND GILLIAN CONSORT, husband and wife, | CV-21-39-BU-BMM |
| Plaintiff, | ORDER |
| vs. | |
| NORTHWESTERN CORPORATION and DAVEY TREE SURGERY COMPANY, | |
| Defendant. | |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS ORDERED:

1. This case remains assigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

2. The Clerk of Court is directed to forthwith notify the parties of the making of this order.

DATED this 20th day of May, 2021.

*Brian Morris*
Brian Morris, Chief District Judge
United States District Court